# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DORIAN DAVIS aka WALI AL-TAQI, CDCR #K-78041,<br><br>Plaintiff,<br><br>v.<br><br>E.G. FLORES; J. CASTRO; T. BILLINGS; A. HEDGPETH; R. MARTA,<br><br>Defendants. | Civil No. 08-cv-1197 JTM (JMA)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Doc. No. 14** |

On August 15, 2008, Plaintiff, an inmate currently incarcerated at Kern Valley State Prison located in Delano, California and proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) The court ordered Defendants to reply to Plaintiff's Complaint as provided by Federal Rule of Civil Procedure 12(a). (Doc. No. 10.)

Pending before the court is Defendants' motion for a thirty-day extension of time to enter their reply. For good cause showing, the court **GRANTS** Defendants' motion. Defendants' reply shall be filed **no later than May 3, 2009.**

**IT IS SO ORDERED.**

DATED: April 7, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -

08cv1197