# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DORIAN DAVIS aka WALI AL-TAQI, CDCR #K-78041,<br><br>                    Plaintiff,<br><br>          v.<br><br>E.G. FLORES; J. CASTRO; T. BILLINGS; A. HEDGPETH; R. MARTA,<br><br>                    Defendants. | Civil No.   08-cv-1197 JTM (JMA)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>**Doc. No. 23** |

On August 15, 2008, Plaintiff, an inmate currently incarcerated at Kern Valley State Prison located in Delano, California and proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Pending before the court is Defendants' motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6), filed June 2, 2009. (Doc. No. 23.)

//

Plaintiff shall file and serve his opposition to the motion **no later than June 23, 2009.** A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may serve and

1  file a reply to the opposition **no later than July 1, 2009**, at which time the matter will be taken under

2  submission without oral argument.

3  DATED:  June 3, 2009

4  _____
   Hon. Jeffrey T. Miller
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28