# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DORIAN DAVIS aka WALI AL-TAQI, CDCR #K-78041,<br><br>          Plaintiff,<br><br>v.<br><br>E.G. FLORES; J. CASTRO; T. BILLINGS; A. HEDGPETH; R. MARTA,<br><br>          Defendants. | Civil No.   08-cv-1197 JTM (JMA)<br><br>**ORDER:**<br>**1) GRANTING PLAINTIFF'S REQUEST TO AMEND COMPLAINT;** and<br>**2) DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>**Doc. Nos. 23 and 27** |

On August 15, 2008, Plaintiff, an inmate currently incarcerated at Kern Valley State Prison in Delano, California and proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Defendants moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 23.) Along with his opposition, Plaintiff included a request for leave to file a First Amended Complaint to include additional factual allegations. (Doc. No. 27.)

Under Federal Rule of Civil Procedure 15(a), "[a] party may amend its pleading once as a matter of course...before being served with a responsive pleading...." As Defendants have not yet filed a responsive pleading, Plaintiff may file a First Amended Complaint without leave of court. Thus, his request is **GRANTED**. If Plaintiff wishes to file a First Amended Complaint, he must do so **no later**

1  **than September 8, 2009.**

2      Because a First Amended Complaint would supercede the target of Defendants' pending
3  motion, Defendants' motion to dismiss is **DENIED** without prejudice as moot.  If Plaintiff does not
4  file a First Amended Complaint by the date specified above, Defendants are free to re-file their
5  motion.

6  DATED: August 4, 2009

7                                    Hon. Jeffrey T. Miller
8                                    United States District Judge