1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12 | DORIAN DAVIS aka WALI AL-TAQI,        )    Case No. 08-CV-1197-JM (JMA)
   | CDCR #K-78041,                        )
13 |                                       )    **ORDER CONFIRMING MANDATORY**
   |                          Plaintiff,   )    **SETTLEMENT CONFERENCE**
14 |                                       )
   | v.                                    )
15 |                                       )
   | E.G. FLORES, et al.,                  )
16 |                                       )
   |                         Defendants.   )
17 |                                       )
   | _____     )

18

19      **IT IS HEREBY ORDERED** that a Mandatory Settlement Conference shall be held

20 on **November 4, 2010** at **10:00 a.m.**  The conference will be held <u>telephonically</u>.

21 Counsel for Defendants shall a submit settlement statement **directly** to Magistrate

22 Judge Adler's chambers by emailing it to <u>efile_adler@casd.uscourts.gov</u> by no later

23 than **12:00 noon on November 3, 2010**.  **The settlement conference brief shall not**

24 **be filed with the Clerk of the Court.**

25      The Court will initiate the conference call to each party.  Counsel for Defendants

26 shall arrange to have a representative of the California Department of Corrections and

27 //

28 //

08cv1197

1    Rehabilitation on telephone standby at the time of the conference.

2    **IT IS SO ORDERED.**

3    DATED:  November 1, 2010

4

                      Jan M. Adler

5                       U.S. Magistrate Judge

08cv1197