UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIAN DAVIS aka WALI AL-TAQI, CDCR #K-78041, <br><br> Plaintiff, <br><br> v. <br><br> E.G. FLORES, et al., <br><br> Defendants. | Case No. 08-CV-1197-JM (JMA) <br><br> **ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

The Court convened a Mandatory Settlement Conference on November 4, 2010 at 10:00 a.m.  The case did not settle.

DATED:  November 4, 2010

Jan M. Adler
U.S. Magistrate Judge