# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DORIAN DAVIS, aka WALI AL-TAQUI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>E.G. FLORES et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 1:08-CV-1197-JTM (JMA)<br><br>**ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |

On November 19, 2010, the court granted Plaintiff Dorian Davis's motion for an extension of time to file an opposition to Defendants' motion for summary judgment, setting a deadline of December 3, 2010 for Plaintiff to submit any additional filings. (Doc. No. 61.) The parties' proposed pretrial order is currently also due on December 3, 2010. (Doc. No. 35.) The final pretrial conference is set for December 17, 2010, with trial commencing on January 24, 2011.(Id.)

//
//
//
//
//

1  In order to permit both parties to fully brief their arguments and allow the court to
2 consider and rule on Defendants' motion, the aforementioned proposed pretrial order, final
3 pretrial conference, and trial dates are hereby vacated. New dates will be set in the court's
4 order on Defendants' motion as necessary. Defendants shall have until December 10, 2010 to
5 file any reply to Plaintiff's opposition to their motion for summary judgment.
6  **IT IS SO ORDERED.**
7 DATED: November 19, 2010
8  _____
  Hon. Jeffrey T. Miller
9  United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28