# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALI AL-TAQI, aka DORIAN DAVIS,<br><br>                                  Plaintiff,<br><br>  v.<br><br>E.G. FLORES et al.,<br><br>                                Defendants. | CASE NO. 1:08-CV-1197-JTM (JMA)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO USE ORIGINAL RECORD ON APPEAL**<br><br>Doc. No. 69 |

Plaintiff in the above-entitled case is currently pursuing an appeal from this court's order entering summary judgment in favor of Defendants. Plaintiff now requests that his appeal be heard on the full original record pursuant to FED. R. APP. P. 24(c). To the extent that this relief is within the district court's power to grant, and in light of the Ninth Circuit's order permitting Plaintiff to proceed *in forma pauperis* (Doc. No. 74), Plaintiff's request is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: May 19, 2011

                                                  Hon. Jeffrey T. Miller
                                                  United States District Judge