UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIAN DAVIS aka WALI AL-TAQUI, CDC #k-78041,<br><br>    Plaintiff,<br><br>vs.<br><br>E.G. FLORES, et al.,<br><br>    Defendants. | Case No.:  1:08-CV-1197 JTM (JMA)<br><br>**ORDER REQUIRING FURTHER BRIEFING**<br><br>Docket No. 48, 77 |

On January 18, 2011, this court granted Defendants' motion for summary judgment as to all remaining claims and parties. Plaintiff appealed. The Ninth Circuit affirmed the prior dismissal of Plaintiff's Equal Protection Claim and the grant of summary judgment on Plaintiff's First Amendment and RLUIPA claims premised on the temporary suspension of in-cell use of prayer oil. However, it vacated and remanded for further proceedings as to Plaintiff's First Amendment and RLUIPA claims premised on a prison prohibition of unsupervised inmate-led religious services.

Defendants did not address Plaintiff's First Amendment and RLUIPA claims based on the prohibition of unsupervised inmate-led religious services. For that reason, Defendants will

1  be provided with an opportunity to supplement their motion for summary judgment with
2  additional briefing.
3      If Defendants wish to move for summary judgment on the grounds discussed above, they
4  shall file a supplemental brief of no more than ten pages on or before August 24, 2012.  If
5  Plaintiff wishes to oppose Defendants' motion, he shall submit an opposition brief of no more
6  than ten pages on or before October 5, 2012.   Upon receipt of each party's brief, the court will
7  take the matter under submission
8      **IT IS SO ORDERED.**
9
10  DATED: July 17, 2012
11                                              Jeffrey T. Miller
                                                United States District Judge