# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **DORIAN DAVIS aka WALI AL-TAQUI, CDC #k-78041,**<br><br>　　　　　　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**E.G. FLORES, et al.,**<br><br>　　　　　　　　　　　　**Defendants.** | Civil No.   1:08-CV-1197-JTM (JMA)<br><br>**ORDER REQUESTING EXHIBITS CITED BY DEFENDANT** |

After reviewing the Plaintiff Dorian Davis' opposition to Defendants' August 5, 2012 motion for summary judgment ("Motion for Summary Judgment"), the court has noticed that Davis cited to exhibits that were not included in his submission. It being necessary to review these exhibits prior to rendering a decision, the court orders Davis to submit all exhibits cited to in his opposition to Defendants' Motion for Summary Judgment. Davis must submit these exhibits to the court by February 15, 2013.

**IT IS SO ORDERED.**

DATED: January 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

–1–